**United States Bankruptcy Court**
**District of South Dakota**

IN RE:                                                                          Case No. _____

WestMed Rehab, Inc                                           Chapter **11**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **Resmed** 9001 Spectrum Center Boulevard San Diego, CA  92123 | **Dale Dowell** 9001 Spectrum Center Boulevard San Diego, CA  92123 (858) 836-6113 | Trade debt | | 63,407.49 |
| **Hilton Development Corp** 450 Concourse Drive Rapid City, SD  57703-4766 | **Darin Angerhofer** 450 Concourse Drive Rapid City, SD  57703 (605) 718-2550 x402 | Trade debt | | 57,000.00 |
| **Sunrise Medical** PO Box 933056 Atlanta, GA  31193-3056 | **Nelda Pennington** 7477 East Dry Creek Parkway Longmont, CO  80503 (303) 218-4758 | Trade debt | | 32,414.04 |
| **Medline Industries, Inc** Dept CH - 14400 Palatine, IL  60055-4400 | **TJ (Tracey) Hayes** One Medline Place Mundekin, IL  60060 (800) 388-2147 x4770 | Trade debt | | 16,953.79 |
| **Wellmark Blue Cross Blue Shield** 1601 West Madison Sioux Falls, SD  57104 | **Membership Services** 1601 West Madison Sioux Falls, SD  57104 (800) 831-4818 | Trade debt | | 16,664.87 |
| **The Ohio Willow Wood Company** PO Box 130 Mt. Sterling, OH  43143 | **Amy Bates** PO Box 130 15441 Scioto Darby Road Mount Sterling, OH  43143 (800) 553-3445 x117 | Trade debt | | 14,356.12 |
| **Chart Sequal** PO Box 88968 Chicago, IL  60695-1968 | **Sean Denning** 2200 Airport Industrial Drive, Ste 500 Ball Ground, GA  30107 (612) 308-5729 | Trade debt | | 13,519.64 |
| **CareFusion 203** 23578 Network Place Chicago, IL  60673-1235 | **Sean Brooks** 17400 Medina Road, Ste 100 Plymouth, MN  55447 (888) 255-7615 x4581 | Trade debt | | 13,000.00 |
| **Inogen, Inc** 326 Bollay Drive Goleta, CA  93117 | **Pedro Lopez** 326 Bollay Drive Goleta, CA  93117 (805) 562-0627 | Trade debt | | 8,706.57 |
| **DeVilbiss Healthcare** 100 DeVilbiss Drive Somerset, PA  15501 | **Mary Kay Sheeler** 100 DeVilbiss Drive Somerset, PA  15501 (814) 443-7492 | Trade debt | | 6,624.17 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Creditor | Contact | Type | Amount |
|---|---|---|---|
| **Invacare**<br>PO Box 824056<br>Philadelphia, PA 19182-4056 | Daryl Chidsey<br>899 Cleveland<br>Elyria, OH 44036<br>(800) 221-1559 x6508 | Trade debt | 6,463.82 |
| **McKesson Medical-Surgical Supply**<br>PO Box 630693<br>Cincinnati, OH 45263-0693 | David Becker<br>8746 Landmark Road<br>Richmond, VA 23228<br>(800) 220-4493 x69025 | Trade debt | 5,622.52 |
| **Golden West Telecommunications**<br>2727 North Plaza Drive<br>Rapid City, SD 57702 | Gloria Wright<br>2727 North Plaza Drive<br>Rapid City, SD 57702-9391<br>(605) 721-1041 | Trade debt | 5,498.52 |
| **Ossur Americas, Inc**<br>27051 Towne Centre Drive<br>Foothill Ranch, CA 92610 | Julie Osuna<br>27051 Towne Centre Drive<br>Foothill Ranch, CA 92610<br>(949) 382-3725 | Trade debt | 5,311.48 |
| **Casey Peterson & Associates, LTD**<br>P.O. Box 8127<br>Rapid City, SD 57709 | Liddy Rohrbach<br>PO Box 8127<br>Rapid City, SD 57709<br>(605) 348-1930 | Trade debt | 5,016.24 |
| **Interstate Batteries of Rapid City**<br>1522 Eglin Street<br>Rapid City, SD 57701 | Larry<br>1522 Eglin Street<br>Rapid City, SD 57703<br>(605) 341-7181 | Trade debt | 3,969.24 |
| **A&B Welding Supply Co, Inc**<br>PO Box 2053<br>Rapid City, SD 57709 | Lisa<br>PO Box 2053<br>914 East Chicago Street<br>Rapid City, SD 57709<br>(605) 343-5365 | Trade debt | 2,936.09 |
| **Otto Bock Healthcare**<br>PO Box 86<br>Minneapolis, MN 55486-2167 | Kathy Hunkins<br>P.O. Box 86<br>Minneapolis, MN 55486<br>(763) 489-5125 | Trade debt | 2,704.15 |
| **Fisher & Paykel Healthcare**<br>15365 Barranca Parkway<br>Irvine, CA 92618 | Elizabeth Laira<br>15365 Barranca Pkwy<br>Irvine, CA 92618<br>(949) 453-4002 | Trade debt | 2,509.16 |
| **Philips Respironics**<br>801 Presque Isle Drive<br>Pittsburgh, PA 15239 | Carloe Pomager<br>801 Presque Isle Drive<br>Pittsburgh, PA 15239<br>(724) 387-4033 | Trade debt | 2,313.90 |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **September 26, 2011**   Signature: */s/ Timothy G. Pederson*

**Timothy G. Pederson, President**

(Print Name and Title)